IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ANTHONY RASHAAD HARDING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 326-022 |
| | ) | |
| WILCOX COUNTY JAIL, | ) | |
| | ) | |
| Defendant. | ) | |

—————

**O R D E R**

—————

Plaintiff filed this case in the Dublin Division of the Southern District of Georgia even though Defendant is located, and the actions about which Plaintiff complains occurred, in Wilcox County in the Middle District of Georgia.  (See generally doc. no. 1.)  Thus, the proper venue is the Middle District of Georgia.  28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia.  28 U.S.C. § 1406(a).  The Court also **DIRECTS** the Clerk to immediately forward the file to that District.[1]

SO ORDERED this 20th day of April, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

—————

[1] The mailing address for the headquarters of the Middle District of Georgia is:  U.S. District Court, PO Box 128, Macon, GA 31202.